| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Lawson, Jr., Roger H. | 2. Court or Organization Middle District, Georgia | 3. Date of Report 05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address P.O. Box 838 475 Mulberry Street Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

**Lawson, Jr., Roger H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Georgia Judicial Retirement System--Retirement | $90,262.08 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2010 | First United Methodist Church--Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | | | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - FIA Card Services | A | Interest | J | T | | | | | |
| 4. --Merrill Lynch - Blackrock Global | A | Interest | J | T | Buy | 05/03/10 | J | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | A | Interest | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. ░░░░░ Hawkinsville,Pulaski County, GA | | None | N | W | | | | | |
| 11. Wells Fargo-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Franklin Georgia Tax-Free Income Fund- Class A | A | Interest | J | T | | | | | |
| 13. Rental House ░░░░ Hawkinsville,Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 14. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 15. Rental House ░░░░ Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 16. Merrill Lynch | | | | | | | | | |
| 17. Merrill Lynch Deposit Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Regions Financial Corp. | A | Dividend | K | T | Buy (add'l) | 10/04/10 | J | | |
| 19. --Stellar Pharmaceuticals Inc | | None | J | T | Buy | 10/27/10 | J | | |
| 20. --Nuveen Georgia Muni Bond Fund | D | Interest | N | T | | | | | |
| 21. --Vimetx Hldg Corp | A | Dividend | J | T | | | | | |
| 22. --Legg Mason Western Asset | B | Dividend | K | T | | | | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Merrill Lynch | | | | | | | | | |
| 25. --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 26. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 27. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 28. --AT&T Inc | A | Dividend | J | T | | | | | |
| 29. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 30. --American Funds Capital World Growth & Income Fund Cl B | A | Dividend | J | T | Sold (part) | 03/10/10 | J | A | |
| 31. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 32. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 33. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 34. --General Electric Co., Common | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 36.   --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 37.   --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 38.   --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 39.   --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 40.   --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 41.   --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 42.   --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 43.   --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 44.   --Legg Mason Clearbridge Appreciation Fund CL B | A | Dividend | J | T | Sold (part) | 03/10/10 | J | B | |
| 45.   --Legg Mason Clearbridge Fundamental Value Fund Cl A | A | Dividend | J | T | Sold (part) | 03/10/10 | J | B | |
| 46.   --Legg Mason Partners Cap & inc FD Sm Brny B | A | Dividend | K | T | | | | | |
| 47.   --Van Kampen Equity and Income Fund Class B | A | Dividend | K | T | Sold (part) | 03/10/10 | K | C | |
| 48.   --Silverstar Hldgs LTD Shs | | None | J | T | | | | | |
| 49.   --Stellar Pharmaceuticals Inc | | | | | Buy | 11/01/10 | J | | |
| 50.   --Virntex Hldg Corp | | | | | Buy | 02/22/10 | J | | |
| 51.   --Walgreen Co. New Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 53. --Kripsy Kreme Dougnut Y | | None | J | T | | | | | |
| 54. Merck and Co., Inc. | A | Dividend | J | T | | | | | |
| 55. Georgia Trust Bankshares -▓▓▓▓ | | None | N | T | | | | | |
| 56. Merrill Lynch | | | | | | | | | |
| 57. --American New World Fund | | | | | Buy | 03/10/10 | J | | |
| 58. | | | | | Sold | 05/05/10 | J | A | |
| 59. --Blackrock Equity Dividend | A | Dividend | J | T | Buy | 10/15/10 | J | | |
| 60. --Blackrock Global Allocation Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 61. --CGM Advisor Targeted | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 62. | | | | | Sold (part) | 05/05/10 | J | A | |
| 63. --Cohen & Steers Global | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 64. --Eaton Vance Glbl Macro | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 65. --EV Glb Mcr Abs Rtn Fd | | | | | Buy | 05/05/10 | J | | |
| 66. | | | | | Sold (part) | 10/22/10 | J | A | |
| 67. --Fairhome Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 68. | | | | | Sold (part) | 05/05/10 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Federated Prudent Bear | | | | | Buy | 05/05/10 | J | | |
| 70. | | | | | Sold (part) | 07/26/10 | J | A | |
| 71. --First Eagle | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 72. | | | | | Sold (part) | 05/05/10 | J | A | |
| 73. | | | | | Sold (part) | 07/01/10 | J | A | |
| 74. --First Eagle Gold Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 75. | | | | | Sold (part) | 12/02/10 | J | A | |
| 76. --Franklin Rising Dividends Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 77. | | | | | Sold (part) | 05/05/10 | J | A | |
| 78. --Franklin Income Fd Adv | A | Dividend | J | T | Buy | 09/03/10 | J | | |
| 79. --Goldman Sachs Satellite | A | Dividend | | | Buy | 03/10/10 | J | | |
| 80. | | | | | Sold (part) | 05/06/10 | J | A | |
| 81. | | | | | Merged (with line 82) | 05/24/10 | J | | |
| 82. --Goldman Sachs Absolute | | | | | Buy | 05/24/10 | J | | |
| 83. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 84. --Hussman Strategic Total | A | Dividend | J | T | Buy | 07/26/10 | J | | |
| 85. | | | | | Sold (part) | 10/15/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   --Ivy Glbl Natrl Res Cl I | | | | | Buy | 03/10/10 | J | | |
| 87. | | | | | Sold | 05/20/10 | J | A | |
| 88.   --Ishares Barclays 20+ yr | A | Dividend | J | T | Buy | 11/18/10 | J | | |
| 89.   --Lazard Emerging Mkts | A | Dividend | J | T | Buy | 06/11/10 | J | | |
| 90.   --Loomis Sayles Strategic | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 91. | | | | | Sold (part) | 05/05/10 | J | A | |
| 92. | | | | | Sold (part) | 07/01/10 | J | A | |
| 93.   --Nuveen Tradewinds Global | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 94. | | | | | Sold (part) | 05/05/10 | J | A | |
| 95.   --Pimco Developing Local | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 96. | | | | | Sold (part) | 07/01/10 | J | A | |
| 97.   --Pimco Total Return Fund | A | Dividend | J | T | Buy | 07/01/10 | J | | |
| 98.   --Pimco Unconstrained | A | Dividend | | | Buy | 05/05/10 | J | | |
| 99. | | | | | Sold | 10/29/10 | J | A | |
| 100.   --RS Emerging Markets Cl Y | | | | | Buy | 03/10/10 | J | | |
| 101. | | | | | Sold (part) | 07/01/10 | J | A | |
| 102.   --Templeton Glbl Bond Fd | A | Dividend | J | T | Buy | 03/10/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
(See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold (part) | 05/05/10 | J | A | |
| 104. | | | | | Sold (part) | 07/01/10 | J | A | |
| 105. --The Oakmark Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 106. | | | | | Sold (part) | 05/05/10 | J | A | |
| 107. --Wisdomtree Global Equity | A | Dividend | J | T | Buy | 10/22/10 | J | | |
| 108. --Wisdomtree Emerging Mrkt | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4 , Line 11  -- Evergreen Investment - High Yield Bond Fund A changed its named to Wells Fargo - High Yield Bond Fund A

Page 8 , Line 79 -- Goldman Sachs Satellite merged into Goldman Sachs Absolute on May 24, 2010.

Page 5 , Line 30 -- American Cap World Growth transferred from one Merrill Lynch account into another one, but there was no effect on anything.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roger H. Lawson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lawson, Jr., Roger H. | 2. Court or Organization<br><br>Middle District, Georgia | 3. Date of Report<br><br>05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

Lawson, Jr., Roger H.  A

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Georgia Judicial Retirement System--Retirement | $90,262.08 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Teacher's Retirement System of Georgia--Retirement |
| 2. 2010 | First United Methodist Church--Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sunmark Bancshares, Inc. | A | Dividend | | | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - FIA Card Services | A | Interest | J | T | | | | | |
| 4. --Merrill Lynch - Blackrock Global | A | Interest | J | T | Buy | 05/03/10 | J | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | A | Interest | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. ▓▓▓▓▓ Hawkinsville,Pulaski County, GA | | None | N | W | | | | | |
| 11. Wells Fargo-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Franklin Georgia Tax-Free Income Fund-Class A | A | Interest | J | T | | | | | |
| 13. Rental House,▓▓▓▓ Hawkinsville,Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 14. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 15. Rental House,▓▓▓▓▓▓ Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 16. Merrill Lynch | | | | | | | | | |
| 17. Merrill Lynch Deposit Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Regions Financial Corp. | A | Dividend | K | T | Buy (add'l) | 10/04/10 | J | | |
| 19. --Stellar Pharmaceuticals Inc | | None | J | T | Buy | 10/27/10 | J | | |
| 20. --Nuveen Georgia Muni Bond Fund | D | Interest | N | T | | | | | |
| 21. --Virnetx Hldg Corp | A | Dividend | J | T | | | | | |
| 22. --Legg Mason Western Asset | B | Dividend | K | T | | | | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Merrill Lynch | | | | | | | | | |
| 25. --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 26. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 27. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 28. --AT&T Inc | A | Dividend | J | T | | | | | |
| 29. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 30. --American Funds Capital World Growth & Income Fund Cl B | A | Dividend | J | T | Sold (part) | 03/10/10 | J | A | |
| 31. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 32. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 33. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |
| 34. --General Electric Co., Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --Walt Disney Co. Common | A | Dividend | J | T | | | | | |
| 36. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 37. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 38. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 39. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 40. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 41. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 42. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 43. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 44. --Legg Mason Clearbridge Appreciation Fund CL B | A | Dividend | J | T | Sold (part) | 03/10/10 | J | B | |
| 45. --Legg Mason Clearbridge Fundamental Value Fund Cl A | A | Dividend | J | T | Sold (part) | 03/10/10 | J | B | |
| 46. --Legg Mason Partners Cap & inc FD Sm Brny B | A | Dividend | K | T | | | | | |
| 47. --Van Kampen Equity and Income Fund Class B | A | Dividend | K | T | Sold (part) | 03/10/10 | K | C | |
| 48. --Silverstar Hldgs LTD Shs | | None | J | T | | | | | |
| 49. --Stellar Pharmaceuticals Inc | | None | J | T | Buy | 11/01/10 | J | | |
| 50. --Virntex Hldg Corp | | None | J | T | Buy | 02/22/10 | J | | |
| 51. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 53. --Kripsy Kreme Dougnut Y | | None | J | T | | | | | |
| 54. Merck and Co., Inc. | A | Dividend | J | T | | | | | |
| 55. Georgia Trust Bankshares | | None | N | T | | | | | |
| 56. Merrill Lynch | | | | | | | | | |
| 57. --American New World Fund | | None | J | T | Buy | 03/10/10 | J | | |
| 58. | | | | | Sold | 05/05/10 | J | A | |
| 59. --Blackrock Equity Dividend | A | Dividend | J | T | Buy | 10/15/10 | J | | |
| 60. --Blackrock Global Allocation Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 61. --CGM Advisor Targeted | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 62. | | | | | Sold (part) | 05/05/10 | J | A | |
| 63. --Cohen & Steers Global | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 64. --Eaton Vance Glbl Macro | A | Dividend | J | T | Buy | 05/05/10 | J | | |
| 65. --EV Glb Mcr Abs Rtn Fd | | None | J | T | Buy | 05/05/10 | J | | |
| 66. | | | | | Sold (part) | 10/22/10 | J | A | |
| 67. --Fairhome Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 68. | | | | | Sold (part) | 05/05/10 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Federated Prudent Bear | | None | J | T | Buy | 05/05/10 | J | | |
| 70. | | | | | Sold (part) | 07/26/10 | J | A | |
| 71. --First Eagle | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 72. | | | | | Sold (part) | 05/05/10 | J | A | |
| 73. | | | | | Sold (part) | 07/01/10 | J | A | |
| 74. --First Eagle Gold Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 75. | | | | | Sold (part) | 12/02/10 | J | A | |
| 76. --Franklin Rising Dividends Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 77. | | | | | Sold (part) | 05/05/10 | J | A | |
| 78. --Franklin Income Fd Adv | A | Dividend | J | T | Buy | 09/03/10 | J | | |
| 79. --Goldman Sachs Satellite | A | Dividend | | | Buy | 03/10/10 | J | | |
| 80. | | | | | Sold (part) | 05/06/10 | J | A | |
| 81. | | | | | Merged (with line 82) | 05/24/10 | J | | |
| 82. --Goldman Sachs Absolute | | None | J | T | Buy | 05/24/10 | J | | |
| 83. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 84. --Hussman Strategic Total | A | Dividend | J | T | Buy | 07/26/10 | J | | |
| 85. | | | | | Sold (part) | 10/15/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Ivy Glbl Natrl Res Cl I | | None | J | T | Buy | 03/10/10 | J | | |
| 87. | | | | | Sold | 05/20/10 | J | A | |
| 88. --Ishares Barclays 20+ yr | A | Dividend | J | T | Buy | 11/18/10 | J | | |
| 89. --Lazard Emerging Mkts | A | Dividend | J | T | Buy | 06/11/10 | J | | |
| 90. --Loomis Sayles Strategic | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 91. | | | | | Sold (part) | 05/05/10 | J | A | |
| 92. | | | | | Sold (part) | 07/01/10 | J | A | |
| 93. --Nuveen Tradewinds Global | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 94. | | | | | Sold (part) | 05/05/10 | J | A | |
| 95. --Pimco Developing Local | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 96. | | | | | Sold (part) | 07/01/10 | J | A | |
| 97. --Pimco Total Return Fund | A | Dividend | J | T | Buy | 07/01/10 | J | | |
| 98. --Pimco Unconstrained | A | Dividend | | | Buy | 05/05/10 | J | | |
| 99. | | | | | Sold | 10/29/10 | J | A | |
| 100. --RS Emerging Markets Cl Y | | None | J | T | Buy | 03/10/10 | J | | |
| 101. | | | | | Sold (part) | 07/01/10 | J | A | |
| 102. --Templeton Glbl Bond Fd | A | Dividend | J | T | Buy | 03/10/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/05/10 | J | A | |
| 104. | | | | | Sold (part) | 07/01/10 | J | A | |
| 105. --The Oakmark Fund | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 106. | | | | | Sold (part) | 05/05/10 | J | A | |
| 107. --Wisdomtree Global Equity | A | Dividend | J | T | Buy | 10/22/10 | J | | |
| 108. --Wisdomtree Emerging Mrkt | A | Dividend | J | T | Buy | 09/17/10 | J | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4 , Line 11 -- Evergreen Investment - High Yield Bond Fund A changed its named to Wells Fargo - High Yield Bond Fund A

Page 8 , Line 79 -- Goldman Sachs Satellite merged into Goldman Sachs Absolute on May 24, 2010.

Page 5 , Line 30 -- American Cap World Growth transferred from one Merrill Lynch account into another one, but there was no effect on anything.

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Roger H. Lawson, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544